# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                               CASE NO: 18-CV-12009

JOE L. FLOWERS

    Defendant.
                                  /

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

This matter was referred to United States Magistrate R. Steven Whalen pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1. In his report filed on February 13, 2019, the magistrate judge recommended that this court dismiss Mr. Flowers' objections to the writ of garnishment to him and the Michigan Department of Treasury [Doc#11], under the terms placed on the record on February 13, 2019.

No objections have been filed pursuant to 28 U.S.C.§ 636(b)(1)(C), thus further appeal rights are waived.[1]

The Court ADOPTS the Report and Recommendation for purposes of this Order.

Accordingly, IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Mr. Flowers' objections to the writ of garnishment to him and the Michigan Department of Treasury are DISMISSED.

                                          S/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: March 12, 2019

---

[1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 12, 2019, by electronic and/or ordinary mail.

　S/Lisa Wagner　　　　　　　　　　
Case Manager and Deputy Clerk
(810) 292-6522